**Henry PLATSKY, Plaintiff–Appellant,**

**v.**

**FOOD AND DRUG ADMINISTRA-TION, Division of Freedom of Information, Defendant–Appellee.**

**No. 15–493.**

United States Court of Appeals, Second Circuit.

March 15, 2016.

Amended June 21, 2016.

Henry Platsky, pro se, New York, NY, Plaintiff–Appellant.

Matthew Silverman, Assistant United States Attorney (Varuni Nelson, Assistant United States Attorney, on the brief) for Kelly T. Currie, Acting United States Attorney, Eastern District of New York, Brooklyn, NY, for Defendant–Appellee.

* Judge Brenda K. Sannes, of the United States District Court for the Northern District of

PRESENT: PIERRE N. LEVAL, RICHARD C. WESLEY, and BRENDA K. SANNES,* Circuit Judges.

### *SUMMARY ORDER*

Appellant Henry Platsky, proceeding *pro se*, appeals the district court's grant of summary judgment in favor of the Food and Drug Administration ("FDA") with respect to his Freedom of Information Act ("FOIA") complaint. Platsky alleged that the FDA did not adequately respond to his request for a report of an FDA investigation. The district court ruled that the FDA's declarations showed that its search was reasonably calculated to uncover responsive documents and that Platsky had not made a showing of bad faith. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review orders granting summary judgment *de novo*. *Miller v. Wolpoff & Abramson, LLP,* 321 F.3d 292, 300 (2d Cir.2003). "In order to prevail on a motion for summary judgment in a FOIA case, the defending agency has the burden of showing that its search was adequate and that any withheld documents fall within an exemption to the FOIA." *Carney v. U.S. Dep't of Justice,* 19 F.3d 807, 812 (2d Cir.1994).

We have considered all of Platsky's arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the district court for substantially the reasons stated by the district court in its thorough December 24, 2014 decision.

New York, sitting by designation.